IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**NIKKITA MONTOYA, and**
**ELIZABETH MONTOYA,**

    **Plaintiffs,**

vs.                              **Civil No. 09-1068 BB/RLP**

**NEW MEXICO DEPARTMENT OF PUBLIC SAFETY,**
**FARON SEGOTTA, in his capacity as**
**Chief of the New Mexico State Police Division**
**of the Department of Public safety, and**
**JOHN LYTLE, in his capacity as a**
**New Mexico State Police Officer,**

    **Defendants.**

## ORDER

The matter before the court is Defendants' Motion for More Definite Statement (Docket No. 5), filed November 13, 2009. Plaintiffs have not filed a response to the motion, nor have they requested additional time to respond. Pursuant to D.N.M. LR-Civ.7.1(a), Plaintiffs have consented to the Motion.

The court **FINDS** that Defendants' Motion for More Definite Statement is well taken and should be granted.

**IT IS THEREFORE ORDERED** that Plaintiffs shall file a more definite statement as to the Complaint for civil Rights Violations and Damages providing the following:

1)     Clarifying whether the dates referred to in ¶¶ 8-11 of the Complaint are 2006 or 2009;

2)     Identifying what specific rights under the Constitution of the United States were allegedly violated by Defendant Lytle. (See Complaint ¶¶ 14-17).

**IT IS FURTHER ORDERED** that Plaintiff shall file the more definite statement on or

before December 31, 2009.

**IT IS FURTHER ORDERED** that Defendants' Answer or Motion under F.R.Civ.P. 12(b)(6) shall not be due until ten (14) days after Plaintiffs' have filed their more definite statement.

**IT IS SO ORDERED.**

                                            RICHARD L. PUGLISI
                                        Chief United States Magistrate Judge